JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MIGDALIA MAGALY JIMENEZ DOMINGO,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents. | Case No. 5:26-cv-06268-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Migdalia Magaly Jimenez-Domingo (A# 208-183-082) on the conditions of release, if any, in effect immediately before her October 6, 2026 re-detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: November 4, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge